Andrew McNulty

A McNulty    628
Box 683
Knox C. Ly Tx 79529

RECEIVED
DEC 29 2009
TYLER

Invoice 1038
Vendor # 55304
#3245    646654

| NAME | | | | SHIP TO | | | |
|------|--|--|--|---------|--|--|--|
| Patterson Drilling UTI | | | | | | | |

ADDRESS: 11940 Cmtn Ave          ADDRESS:

CITY, STATE, ZIP: Tyler Tx 75708     CITY, STATE, ZIP:

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | RG 453 | | | | | 12/11/09 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12-11 | Rebuilt suit case - cut + fitt | 11 | 550 00 |
| 12-12 | Door + weldout suitcase | 11 | 552 00 |
| | | | |
| | APPROVED BY | | |
| | 453    090422 | | 1100 |
| | RIG | | β |
| | LEAD | | |
| | TAX AUTH TX    Smith | | |
| | TAX BASE | | |
| | DESCRIPTION    AMOUNTS | | |
| | EC | | |
| | 06.13 | | |

BUYER: Russell Larson

8100    KEEP THIS SLIP FOR REFERENCE

PATTERSON-UTI / Faulkner
# 000532

628    O

A 7MÍNully
Box 683,
Knox City TX 79529

RECEIVED
DEC 29 2009
TYLER

Invoice #1039
Veudor # 55204
646655

| NAME | SHIP TO |
|---|---|
| Patterson Drilling UTI | |
| ADDRESS | ADDRESS |
| 11940 Cuteon Ave | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Tyler Tx 75808 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | P-628 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12-14 | Top Drive skidd cutl | 1' | 550 ⁰⁰ |
| 12-15 | Top Drive skidd cutt + fill horse | 1' | 550 ⁰⁰ |
| 12-16 | Top Drive skidd plate + weldart | 1' | 550 ⁰⁰ |
| 12-20 | Sun. Top Drive skidd weld art | 9 | 450 ⁰⁰ |
| | | | 2100 ⁰⁰ |
| | Tax 6.7590 = 141.75 | | |

APPROVED BY: E Russell      DATE:
RIG #: 628              AFE#: 090517
LEASE NAME:
TAX AUTHORITY: TX  TAX CODE: Smith
TAX BASIS $
DESCRIPTION CODE:      AMOUNTS:

APE 090517
TDMS 08.10

BUYER: Russell Lemon

KEEP THIS SLIP FOR REFERENCE

B100

PATTERSON-UTI / Faulkner
# 000533

P McNulty
Box 683
Knox City Tx 79529

inven # 1040
vendor 55204

646656

| NAME | | | | | | SHIP TO | | |
|---|---|---|---|---|---|---|---|---|
| Patt. Drilling UTF | | | | | | | | |
| ADDRESS | | | | | | ADDRESS | | |
| 11940 contra Ave | | | | | | | | |
| CITY, STATE, ZIP | | | | | | CITY, STATE, ZIP | | |
| Tyler Tx 75708 | | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | Rig 257 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12-21 | — Tarp House - elec. Brackets | 11 | 550 00 |
| 12-22 | — Tarp House - light brackets - weight & sign | 11 | 550 00 |
| 12-23 | — Tarp House — welding | 11 | 550 00 |
| | | | |
| | | | |
| | | | |
| | | total | 1650 00 |
| | | | of |

APPROVED BY: _____ DATE: _____
257 AFE: 581264

LEASE NAME: _____
TAX AUTHORITY: Tx   TAX CODE: _____

TAX BASIS $ _____
DESCRIPTION CODE: _____   AMOUNT $ _____

1089

12-23-10
12-21-10  Boms

12.02

| BUYER: |
|---|
| Russell Lerox |

KEEP THIS SLIP FOR REFERENCE

PATTERSON-UTI / Faulkner
# 000534

A McNulty
Box 683
Knox City Tx 79529

**RECEIVED**
**JAN 2 0 2010**
**TYLER**

INVOICE # 104C
VENDOR 55204
# 646659

| NAME Pattman Drilling UTI | SHIP TO |
|---|---|
| ADDRESS 11940 Constin Ave | ADDRESS |
| CITY, STATE, ZIP Tyler Tx 75708 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | 258 | | | | | 12/29/09 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12-29 | Mudd lines xx pipe | 11 | 550 00 |
| 12-30 | Mudd lin xx pipe | 11 | 550 00 |
| 12-31 | Mudd lin xx pipe | 9 | 450 00 |
| 1-1-10 | Mudd lin xx pipe | 11 | 550 00 |
| 1-2-10 | Mudd lin xx pipe | 11 | 550 00 |
| | Total | | 2650 00 |

1090

APPROVED BY
DATE
RIG # 258
AFE # 781765
LEASE NAME:
TAX AUTHORITY: TX
TAX CODE:
TAX BASIS $
DESCRIPTION CODE:
AMOUNTS

none
03.10

_Delbert Lawrin_

BUYER:
_Russell Lann_

**KEEP THIS SLIP FOR REFERENCE**

Adams
8100

A M E Nulley
Box 683
Knox City Tx 79529

Invoice 1041
Vendor 55204
646660

| NAME | | | SHIP TO | | | |
|------|--|--|---------|--|--|--|
| Pattman Drilg - UTI | | | | | | |
| ADDRESS | | | ADDRESS | | | |
| 14540 Cantin Ave | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| Tyler Tx 75708 | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | 628 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 12-24-09 | Weld ext. miss cttr & weld | 55.00  18 | 990 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | total | 550 00 |
| | | | |
| | 10 79 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | APPROVED BY E R Mull | DATE 1-26-2010 | |
| | RIG 078 | AFE 090517 | |
| | LEASE NAME | | |
| | TAX AUTHORITY | TAX CODE | |
| | TAX BASIS:$ | | |
| | DESCRIPTION CODE: | AMOUNTS: | |
| | AFE 090517 | | |
| | TDMS | | |
| BUYER: Russell Larson | 08.10 | | |

KEEP THIS SLIP FOR REFERENCE

8100

PATTERSON-UTI / Faulkner
# 000536

A. Merktly
Box 603
Knox City Tx 79529

Invoice — 1043
Vendor — 55204

**646661**

| NAME | SHIP TO |
|---|---|
| Patterson Drilly UTI | |
| ADDRESS | ADDRESS |
| 11940 Cumshm Ave | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Tyler Tx 75708 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 1-6-10 | R 258 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1-6-10 | replace unions on xx pipe - steel pipe | 11 | 550 00 |
| 1-7-10 | replace union on xx steel pipe | 11 | 550 00 |
| 1-8-10 | replace union on xx steel pipe | 11 | 550 00 |
| 1-9-10 | replace union on xx steel pipe | 11 | 550 00 |
| 1-10-10 | weld on 5" xx tu | 9 | 400 00 |
| | total | √53 | 2650 00 |
| | 1090 | | |

APPROVED BY

RIG # 830   AFE # 28706

LEASE NAME: II

TAX AUTHORITY: II   TAX CODE:

TAX BASIS
DESCRIPTION CODE:   AMOUNTS

02.02

BUYER:

KEEP THIS SLIP FOR REFERENCE

8100

PATTERSON-UTI / Faulkner
# 000537

**RECEIVED**

FEB 0 2 2010

**TYLER**

A. McNulty
Box 683
Knox City Tx 79529

Invoice 1044
Vendor 55204

**646662**

| NAME | | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| Patterson Drilling UTI | | | | | | |
| ADDRESS | | ADDRESS | | | | |
| 11940 Construction Ave | | | | | | |
| CITY, STATE/ZIP | | CITY, STATE, ZIP | | | | |
| Tyler Tx 75708 | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 1-11-10 | R-258 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1-11-10 | Cutt - fitt - weld out landing for stairs | 11 | 550 00 |
| 1-12-10 | Weld out 3" indr draw works 258 - per Patt. regn | 11 | 550 00 |
| FF3-73 | TX Tope AFE 454 . Cutt + add two lines | 71 | 550 00 |
| | | | Total 1100 00 |

1090

APPROVED BY _____ DATE _____
RIG # 258 AFE # 081765
LEASE NAME _____
TAX AUTHORITY TX TAX CODE Smith
TAX BASIS $ _____ AMOUNT $ _____
DESCRIPTION CODE:
02.03

BUYER:

**KEEP THIS SLIP FOR REFERENCE**

adams
8100

PATTERSON-UTI / Faulkner
# 000538

A TMSRlhy
Boxo 683
KNox City Tx 79529

3

RECEIVED
FEB 0 2 2010
TYLER

Invoice #045
Vendor 55204
**646663**

| NAME Patterson Drilly UTI | SHIP TO | |
|---|---|---|
| ADDRESS 11940 Constantin Ave | ADDRESS | |
| CITY, STATE, ZIP Tyler Tx 75708 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 1-11-10 | R-454 | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1-13-10 | Rework mudd lins x10 pipe | 11 | 550 00 |
| 1-14-10 | Rework mudd lin xx pipe | 11 | 550 00 |
| 1-15-10 | Rework mudd lin xx pipe | 11 | 550 00 |
| 1-16-10 | Rework mudd lin xx pipe | 4 | 200 00 |
| 1-17-10 | Rework mudd lin xx pipe | 9 | 450 00 |
| | | Total | 2300 00 |

APPROVED BY _____ DATE _____
RIG # 454 AFE# 090499
LEASE NAME: _____
TAX AUTHORITY: _____ Smith
TAX BASIS
DESCRIPTION CODE: _____ AMOUNTS
12.03 04.00

937

BUYER:

6100

**KEEP THIS SLIP FOR REFERENCE**

RECEIVED

FEB 02 2010

TYLER

A.M.Billy
Box 683
Knox City Tx 79529

Invoice 1046
Vendor 55204

**646664**

| NAME Patterson Drilly UTI | SHIP TO |
|---|---|
| ADDRESS 11540 Constar Ave | ADDRESS |
| CITY, STATE, ZIP Tyler TX 75708 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 1-18-10 | 259 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1-18-10 | Rework mudd lines & K pipe | 11 | 550 00 |
| 1-19-10 | | | |
| 1-19-10 | Rework mudd lines & K pipe | 11 | 550 00 |
| 1-20-10 | Rework mudd lin & K pipe | 11 | 550 00 |
| 1-21-10 | Rework mudd lin xx pipe | 11 | 550 00 |
| 1-22-10 | | | |
| 1-23-10 | Rework mudd lin XX pipe | 10 | 500 00 |
| 1-24-10 | Rework mudd lin & K pipe | 9 | 450 00 |
| | 1091 | Total | 3650 00 |

APPROVED BY: _____ DATE: _____
RIG #: 259   AFE #: 08? ? 66
LEASE NAME: _____
TAX AUTHORITY: _____ TAX CODE: Smith
TAX BASIS $ _____
DESCRIPTION CODE:   AMOUNT $
02.03

BUYER: Russell Lamm

KEEP THIS SLIP FOR REFERENCE

adams
8100

PATTERSON-UTI / Faulkner
# 000540

A McNulty
Box 683
Knox City TX 79529

invoice 1047
vendor 3245
**646666**

| NAME | Patterson Drlg UTI | SHIP TO | |
|---|---|---|---|
| ADDRESS | 11940 Corsicana Ave | ADDRESS | |
| CITY, STATE, ZIP | Tyler Tx 75708 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 1-25-10 | 259 | | | | | 1/28/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1-25-10 | Cutt + fitt high pressure header XX pipe | 11 | 550 |
| 1-26-10 | Cutt + fitt weld high pressure header XX pipe | 11 | 550 |
| 1-27-10 | Cutt + fitt weld high pressure header XX pipe | 11 | 550 |
| 1-28-10 | Cutt & fitt weld high pressure header XX pipe | 11 | 550 |
| 1-29-10 | Weld out XX header | 5 | 250 |
| 1-30-10 | Weld out XX pipe | 11 | 550 |
| 1-31-10 | Weld out XX pipe | 9 | 450 |
| | | total | 3450 |

APPROVED BY

RIG #: 257
LEASE NAME:
TAX AUTHORITY: TX   TAX CODE: Smith
TAX BASIS $
DESCRIPTION CODE:
AMOUNTS:
22.03

BUYER:

adams
8100

PATTERSON-UTI / Faulkner
# 000541

A. McNulty
Box 683
Knox City TX 79529

**RECEIVED**

FEB 1 2 2010

**TYLER**

Invoice 1098
Vendor 3245

646667

| NAME Patterson Drilling UTI | SHIP TO |
| --- | --- |
| ADDRESS 11940 Constler Ave | ADDRESS |
| CITY, STATE, ZIP Tyler TX 75708 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 2-1-10 | 258 | | | | | / / |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 2-1-10 | Replace valve on xx header | 11 | 550 00 |
| 2-2-10 | Weld out xx pipe | 11 | 550 00 |
| 2-3-10 | Weld out heater brackets | 11 | 550 00 |
| 2-4-10 | Weld out heater brackets | 3 | 150 00 |
| 2-5-10 | Weld out heater brackets | 9 | 450 00 |

APPROVED BY _____ DATE _____

RIG # 258    AFE # D81765    Total 2250 00

LEASE NAME:
TAX AUTHORITY: TX    TAX CODE: Smith

($2,250.00)

TAX BASIS $
DESCRIPTION CODE:    AMOUNTS:

12.02

BUYER: Russell Lemon

**KEEP THIS SLIP FOR REFERENCE**

8100

PATTERSON-UTI / Faulkner
# 000542

A McNaKy
Box 683
Knox G To 79529

VENDOR 3245

646668

| | | | | | | |
|---|---|---|---|---|---|---|
| NAME Patterson Drlg UTI | | | | SHIP TO | | |
| ADDRESS 11540 Country Ave | | | | ADDRESS | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | 259 | | | | | 2/9/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2-9-10 | Work on heater breaker stem water header | 11 | 550 00 |
| 2-10-10 | Work on stem water header | 11 | 550 00 |
| 2-11-10 | Work on stem water header | 5 | |
| 2-12-10 | Work on stem water header | 3 | |
| 2-13-10 | Work on stem water header | 11 | 550 00 |
| 2-14-10 | Work on stem water header | 9 | 450 00 |
| | total | 50 | 2500 00 |

APPROVED BY _____ DATE 2/6/10
RIG # 257 EMP # 1766
LEASE NAME: _____
TAX AUTHORITY TX TAX CODE ___
TAX BASIS $ _____
DESCRIPTION CODE: _____ AMOUNTS

1091

12.02

BUYER:

8100

PATTERSON-UTI / Faulkner
# 000543

RECEIVED
FEB 2 6 2010
TYLER

AMENLLY
Box 683
Knox City Tc 79529

VENDOR # 3245

646669

| NAME | | | | SHIP TO | | | |
|------|---|---|---|---------|---|---|---|
| Patterson Drilling UTI | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 11940 Construm Ave | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| Tyler Ty 75708 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | 259 | | | | | 2/15/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 2-15-10 | High pressure pipe xx 5" | 11 | 550 ₀₀ |
| 2-16-10 | High pressure pipe xx 5" | 11 | 550 ₀₀ |
| 2-17-10 | High pressure pipe xx "5" | 11 | 550 ₀₀ |
| 2-18-10 | High pressure pipe xx 5" | 11 | 550 ₀₀ |
| 2-19-10 | High pressure pipe xx 5" | 11 | 550 ₀₀ |
| 2-20-10 | High pressure pipe xx 5" | 11 | 550 ₀₀ |
| 2-21-10 | High pressure pipe xx 5" | 9 | 450 ₀₀ |
| | total 75 | | 3750 ₀₀ |

APPROVED
BY _____ DATE 2/6/10
RIG # 259   AFE # 081766
LEASE NAME: _____
TAX AUTHORITY: Tx   TAX CODE: South
TAX BASIS $ _____
DESCRIPTION CODE: _____   AMOUNTS:

0401

BUYER: Russell Lemon

KEEP THIS SLIP FOR REFERENCE

8100

PATTERSON-UTI / Faulkner
# 000544

A T McNulty
Box 683
Knox City Tx 79529
Ph# 940-658-1276

VENDOR #3245

646670

| NAME | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patterson Drilling UTI | | | | SHIP TO | | | |
| ADDRESS | | | | ADDRESS | | | |
| 11940 Construction Ave | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| Tyler Tx 75708 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| Tyler Yard | 259 | | | | | 2/22/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2-22-10 | M – High pressure pipe weld out | 11 | 550 00 |
| 2-26-10 | E – High pressure pipe weld out | 3 | 150 00 |
| 2-27-10 | S – Weld out High pressure pipe | 11 | 550 00 |
| 2-28-10 | SN – Weld out High pressure pipe | 9 | 450 00 |
| | | 34 | 1700 00 |

1091

APPROVED BY: Mike Hall    DATE: 3/4/10

RIG #: 259    AFE#: 881764

LEASE NAME:

TAX AUTHORITY: TX    TAX CODE: Smith

TAX BASIS $

DESCRIPTION CODE:    AMOUNTS:

0301

BUYER:

adams
8100

KEEP THIS SLIP FOR REFERENCE

PATTERSON-UTI / Faulkner
# 000545

F McNulty
Box 683
Knox City Tx 79529
PH# 940 256-1276

Vendor 3245

646671

ENTRY COMPLETED

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| Patterson Drilly UTI | | | | | | | |
| **ADDRESS** | | | | **ADDRESS** | | | |
| 11940 Content Ave | | | | | | | |
| **CITY, STATE, ZIP** | | | | **CITY, STATE, ZIP** | | | |
| Tyler Tp 75708 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | | DATE |
|---|---|---|---|---|---|---|---|
| Tyler Yard | 259 | | | | | | 3/1/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3-1-10 | M - High Pressure pipe weldout | ? | 150 00 |
| 3-2-10 | T - High Pressure pipe weldout | 11 | 550 00 |
| 3-3-10 | W - High Pressure pipe weldout | 11 | 550 00 |
| 3-4-10 | TH - High Pressure pipe weldout | 11 | 550 00 |
| 3-5-10 | F - High pressure pipe | 11 | 550 00 |
| 3-6-10 | S - High pressure pipe | 11 | 550 00 |
| 3-7-10 | SON - High pressure pipe | 9 | 450 00 |
| | | | |
| | | | 3350 00 |
| | APPROVED BY _____ DATE _____ | | |
| 1091 | RIG # 259 AFE # D817766 | | |
| | LEASE NAME: | | |
| | TAX AUTHORITY: TX TAX CODE: Smith | | |
| | TAX BASIS.$ | | |
| | DESCRIPTION CODE: AMOUNTS: | | |
| | | | |
| | 0613 | | |
| | | | |
| BUYER: | Russell Lomon | | |

6100  KEEP THIS SLIP FOR REFERENCE

PATTERSON-UTI / Faulkner
# 000546

**RECEIVED**

MAR 1 8 2010

**TYLER**

F McNeil
Box 683
KNOX City TX 75708

Order # 3245

646674

| NAME | SHIP TO |
|---|---|
| Patterson Drilling UTI | |
| ADDRESS | ADDRESS |
| 11940 Constra Ave | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Tyler TX 75208 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| Tyler yard | 259 | | | | | 3/8/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3/8 | Weld out XX pipe  Mud Pump | 7 | 350 00 |
| 3/9 | Weld out XX pipe | 11 | 550 00 |
| 3/10 | Weld out XX pipe | 11 | 550 00 |
| 3/11 | Weld out XX pipe | 11 | 550 00 |
| 3/12 | Weld out XX pipe | 11 | 550 00 |
| 3/13 | Weld out XX pipe | 11 | 550 00 |
| 3/14 | Weld out XX pipe | 9 | 450 00 |
| | total | 81 | 3550 00 |

ENTRY COMPLETED

1091

APPROVED BY

DATE

RIG # 259  AFE # 287766

LEASE NAME

TAX AUTHORITY TX  TAX CODE

TAX BASIS $

DESCRIPTION CODE  AMOUNTS

Delbert Lawson

D301

BUYER: Russell Lawson

8100  **KEEP THIS SLIP FOR REFERENCE**

PATTERSON-UTI / Faulkner
# 000547

A. McNulty
Box 683
Knox City Tx 79529

R 4260  VENDOR 3245  646675

| NAME | SHIP TO |
|---|---|
| Patterson Drilly UTI | |
| ADDRESS | ADDRESS |
| 1940 Constitn Ave | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Tyler Tx 75708 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| 3-29-10 | Tyler YARD | | | | | 3/29/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3-29-10 | Weld out trip tank | 11 | 550 00 |
| 3-30-10 | Weld out trip tank | 11 | 550 00 |
| 3-31-10 | Weld out trip tank | 11 | 550 00 |
| 4-1-10 | Weld out trip tank | 11 | 550 00 |
| 4-2-10 | Weld out trip tank | 11 | 550 00 |
| 4-3-10 | Weld out trip tank | 11 | 550 00 |
| | | 46 | 3300 00 |

ENTRY COMPLETED

1092

APPROVED BY _____ DATE: 4/9/10
RIG # 860   AFE # 787767
LEASE NAME
TAX AUTHORITY _____ TAX CODE Smith
TAX BASIS:$
DESCRIPTION CODE:   AMOUNTS:
04.05

BUYER: Russell L. ervon

8100   KEEP THIS SLIP FOR REFERENCE

PATTERSON-UTI / Faulkner
# 000548

**RECEIVED**

APR 2 0 2010

**TYLER**

A McNulty   A. McNulty
Box 683
Knox City TX

# 646676

Invoice #3245

| NAME | SHIP TO |
|---|---|
| Patterson Danlh UTI | |
| ADDRESS | ADDRESS |
| 11940 Constale Ave | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| Tyler TX | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| Tyler YARD | R260 | | | | | 4/5/10 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4-5-10 | Weld out tri plat skidd | 11 | 550 |
| 4-6-10 | Weld out trip tank skidd | 11 | 550 |
| 4-7-10 | Weld out trip tak skidd | 11 | 550 |
| 4-8-10 | Weld out trip tak skidd | 11 | 550 |
| 4-9-10 | Weld ot trip tak skide | 11 | 550 |
| 4-10-10 | Weld out trip tank skidd | 11 | 550 |
| 4-11-10 | Weld out trip tnt | 9 | 450 |
| | total | | 3750 |

**ENTRY COMPLETED**

1092

| | |
|---|---|
| APPROVED BY | DATE: 4/20/10 |
| RIG # | 260 | AFE #: 281767 |
| LEASE NAME | |
| TAX AUTH | TX | TAX CODE | Smith |
| TAX BASIS DESCRIPTION CODE: | AMOUNTS: |

D405

BUYER: Russell Lenon

KEEP THIS SLIP FOR REFERENCE

8100

PATTERSON-UTI / Faulkner
# 000549

PTEN LEDGER

         Supplier Type: All
     Payment Start Date: 01-JAN-10
      Payment End Date: 31-OCT-12

      Supplier: ANDREW MCNULTY
      Number: 3245

       Site: KNOX CITY
      Address: PO BOX 683, KNOX CITY, TX, 79529

                                              Payment
        Account Name  Payment Number Payment Date Currency     Payment Amount
Functional Amount Void Date
        ------------  -------------- ------------ -------- -----------------
----------------- ---------
        Patterson Dr    10074 18-JAN-10   USD              3,200.00
3,200.00

                                  Invoice Number    Invoice Date  Invoice Currency
        Invoice Amount            Amount Paid
                                  ----------------- ------------
-----------------  -----------------  -----------------
                                  1038              12-DEC-09    USD
            1,100.00              1,100.00
                                  646655            20-DEC-09    USD
            2,100.00              2,100.00
        Patterson Dr    10843 01-FEB-10   USD              6,950.00
6,950.00

                                  Invoice Number    Invoice Date  Invoice Currency
        Invoice Amount            Amount Paid
                                  ----------------- ------------
-----------------  -----------------  -----------------
                                  646656            23-DEC-09    USD
            1,650.00              1,650.00
                                  646659            02-JAN-10    USD
            2,650.00              2,650.00
                                  646661            10-JAN-10    USD
            2,650.00              2,650.00
        Patterson Dr    11773 09-FEB-10   USD              2,090.00
2,090.00

                                  Invoice Number    Invoice Date  Invoice Currency
        Invoice Amount            Amount Paid
                                  ----------------- ------------
-----------------  -----------------  -----------------
                                  646660            24-DEC-09    USD
             990.00               990.00
                                  646662            12-JAN-10    USD
            1,100.00              1,100.00
        Patterson Dr    12055 15-FEB-10   USD             11,150.00
11,150.00

                                  Invoice Number    Invoice Date  Invoice Currency
                                       Page 1

| Invoice Amount | Amount Paid | | |
|---|---|---|---|
| | 646663 | 17-JAN-10 | USD |
| 2,300.00 | 2,300.00 | | |
| | 1046 | 24-JAN-10 | USD |
| 3,150.00 | 3,150.00 | | |
| | 646666 | 31-JAN-10 | USD |
| 3,450.00 | 3,450.00 | | |
| | 646667 | 05-FEB-10 | USD |
| 2,250.00 | 2,250.00 | | |

Patterson Dr        13385 01-MAR-10    USD              6,250.00
6,250.00

| Invoice Amount | Amount Paid | Invoice Number | Invoice Date | Invoice Currency |
|---|---|---|---|---|
| | 646668 | 14-FEB-10 | USD | |
| 2,500.00 | 2,500.00 | | | |
| | 646669 | 21-FEB-10 | USD | |
| 3,750.00 | 3,750.00 | | | |

Patterson Dr        15006 15-MAR-10    USD              1,700.00
1,700.00

| Invoice Amount | Amount Paid | Invoice Number | Invoice Date | Invoice Currency |
|---|---|---|---|---|
| | 646670 | 28-FEB-10 | USD | |
| 1,700.00 | 1,700.00 | | | |

Patterson Dr        16585 29-MAR-10    USD              6,900.00
6,900.00
 PTEN LEDGER

Report Date: 02-NOV-2012 10:30

Supplier Payment History Report

Page:               2

Supplier Type: All
Payment Start Date: 01-JAN-10
Payment End Date: 31-OCT-12

Supplier: ANDREW MCNULTY
Number: 3245

Site: KNOX CITY
Address: PO BOX 683, KNOX CITY, TX, 79529

| Account Name | Payment Number | Payment Date | Payment Currency | Payment Amount | Functional Amount Void Date |
|---|---|---|---|---|---|
| Patterson Dr | 16585 | 29-MAR-10 | USD | 6,900.00 | |

6,900.00

| Invoice Amount | Amount Paid | Invoice Number | Invoice Date | Invoice Currency |
|---|---|---|---|---|

Page 2

```
-----------------   -----------------   -----------------
                        646671              07-MAR-10    USD
            3,350.00    3,350.00
                        646674              14-MAR-10    USD
            3,550.00    3,550.00
```

|  | Patterson Dr | 18501 12-APR-10 | USD |  | 3,300.00 |
3,300.00

|  |  | Invoice Number | Invoice Date | Invoice Currency |
| Invoice Amount |  | Amount Paid |  |  |

```
                        -----------------  ------------
-----------------   -----------------   -----------------
                        646675              03-APR-10    USD
            3,300.00    3,300.00
```

|  | Patterson Dr | 20269 26-APR-10 | USD |  | 3,750.00 |
3,750.00

|  |  | Invoice Number | Invoice Date | Invoice Currency |
| Invoice Amount |  | Amount Paid |  |  |

```
                        -----------------  ------------
-----------------   -----------------   -----------------
                        646676              11-APR-10    USD
            3,750.00    3,750.00
```

```
-----------------                                   Site Total:
45,290.00
-----------------                               Supplier Total:
45,290.00

=================                                 Report Total:
45,290.00
```

*** End of Report ***

PATTERSON-UTI / Faulkner
# 000552